## STATE OF CONNECTICUT *v.* MARK STRICKLAND

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 722 (AC 13962), is denied.

*Deborah DelPrete Sullivan,* assistant public defender, in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided January 9, 1996

## STATE OF CONNECTICUT *v.* DONOVAN DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 920 (AC 14173), is denied.

*Mary Miller Haselkamp,* assistant public defender, in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided January 9, 1996

## JOSEPH L. LYNCH ET AL. *v.* GRANBY HOLDINGS, INC., ET AL.

The appeal by Granby Holdings, Inc., (SC 15298) was ordered dismissed by the Supreme Court, sua sponte, on the ground that certification was improvidently granted.

Decided January 10, 1996